In the Matter of JOHN R. O'NEILL, Appellant, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.

Argued October 21, 1948; decided December 2, 1948.

*John R. O'Neill,* appellant in person.

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley* and *Wendell P. Brown* of counsel), for respondent.

Appeal dismissed, with costs, upon the ground that no constitutional question was properly raised in the Appellate Division. (See *City of New Rochelle* v. *Closter,* 296 N. Y. 506.) No opinion.

CONCUR: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.